# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2557
LT Case No. 2021-DR-001577

_____

CAMILLE A. ABBOUD,

Petitioner,

v.

IRYNA R. ABBOUD,

Respondent.

_____


Petition for Certiorari Review of Order
from the Circuit Court for St. Johns County,
Howard O. McGillin, Judge.

Camille A. Abboud, St. Johns, pro se.

No Appearance for Respondent.

August 14, 2026


WALLIS, J.

On June 26, 2026, our Court warned Petitioner that his pro se pleadings had become abusive, repetitive, malicious, frivolous, and an abuse of this Court's process. He was also advised that any further pro se filings in this Court asserting the claim raised in this case regarding St. Johns County Case No. 2021-DR-1577 may result in Spencer Sanctions being imposed. *See State v. Spencer*, 751 So. 2d 47 (Fla. 1999). On July 10, 2026, Petitioner filed yet

another motion seeking rehearing following a prior order from our Court, which dismissed his petition for writ of certiorari. Petitioner's pending motion is untimely and continues to be an abuse of this Court's process.

Petitioner's pending motion for rehearing is stricken. Additionally, in order to conserve judicial resources, Petitioner is prohibited from filing with this Court any further pro se filings concerning the above referenced case. Any further filings regarding the referenced case will be summarily rejected by the Clerk, unless filed by a member in good standing of the Florida Bar. *See Isley v. State*, 652 So. 2d 409, 410 (Fla. 5th DCA 1995) ("Enough is enough.").

PETITIONER PROHIBITED.

JAY, C.J., and HARRIS, J., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

2